IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON, <br><br> Plaintiff, <br><br> vs. <br><br> CHS, INC., d/b/a CENEX ZIP TRIP, <br><br> Defendant. | CV 19-197-M-DLC-KLD <br><br> ORDER |

Parties have filed a joint motion to reset the preliminary pretrial conference scheduled in this case. (Doc. 14.) Good cause appearing, IT IS HEREBY ORDERED that the March 18, 2020 preliminary pretrial conference is VACATED and RESET for March 31, 2020, at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

IT IS FURTHER ORDERED that the parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement of stipulated facts on or before March 24, 2020. All remaining provisions of the Court's Order entered December 9, 2019 (doc. 3), shall remain in effect.

DATED this 18th day of February, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1