# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHS, INC., d/b/a CENEX ZIP TRIP,<br><br>　　　　Defendant. | Case No.  CV 19-197-M-DLC-KLD<br><br><br>**ORDER** |

Defendant has filed a combined Status Report and Unopposed Motion to Set Deadline for CHS's Response Brief to Plaintiff's Motion for Summary Judgment. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.  Defendant shall have up to and including September 11, 2020 to respond to Plaintiff's Motion for Summary Judgment.

　　　DATED this 20th day of August, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1