UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHS, INC., d/b/a CENEX ZIP TRIP,<br><br>　　　　　　Defendant. | Case No. CV-19-197-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant.

Dated this 30th day of November, 2022.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk